IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KARTEAU OMAR JENKINS,

    Plaintiff,

v.

BRENT MINTON,

    Defendant.

CIVIL ACTION NO.: 4:19-cv-131

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's January 9, 2020, Report and Recommendation, (doc. 9), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 9), as the opinion of the Court and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 28th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA